IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DEBORAH ALLEN,                                        Civil Action File No.

       Plaintiff,

v.

WALMART INC.,
WAL-MART STORES EAST, LP,
and WAL-MART REALTY COMPANY,

       Defendants.
_____/

## NOTICE OF REMOVAL

COME NOW Defendants Walmart Inc., Wal-Mart Stores East, LP, and Wal-Mart Realty Company, and, pursuant to 28 U.S.C. § 1441 and to this Court's diversity of citizenship subject matter jurisdiction, file this Notice of Removal, showing the Court as follows:

1.

Defendants timely file this Removal within 30 days of Plaintiff commencing the instant civil action against the original defendant, Walmart Inc., in the Superior Court of Barrow County, Georgia on August 9, 2018. (See Exhibit "A," a copy of all process, pleadings, and orders served upon Defendants or filed with court the during the pendency of this matter in state court). On August 15, 2018, Plaintiff filed

an Amended Complaint, adding claims against two additional defendants --Wal-Mart Stores East, LP and Wal-Mart Realty Company. (See id.)

2.

In the Superior Court of Barrow County, this matter was Civil Action File No. 18-CV-001015-M, and Barrow County is within the Gainesville Division of this Court.  See 28 U.S.C. § 90.  Plaintiff's only claims in this matter are state law tort claim of negligent premises liability.

3.

Defendant WAL-MART STORES EAST, LP is the only proper defendant to Plaintiff's claims. Said entity is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Defendant WALMART INC. (f/k/a Wal-Mart Stores, Inc.) Walmart Inc. is a publicly-traded Delaware corporation and it was not a citizen of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit or at any time thereafter. The principal place of business for all of the business entities identified in this paragraph is 702 SW 8th Street, Bentonville,

Arkansas.

4.

Defendant WAL-MART REALTY COMPANY is improperly joined in this matter. However, said entity is an Arkansas corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit or at any time thereafter.  The principal place of business for Wal-Mart Realty Company is 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas.  (See Exhibit "C," Def.'s 2018 Annual Registration).

5.

Plaintiff DEBORAH ALLEN asserts that she is a citizen and resident of the State of Georgia.

6.

Complete diversity of citizenship exists between Plaintiff and all Defendants.

7.

As to the amount in controversy, Plaintiff's original Complaint and Amended Complaint both fail to specially plead the amount of Plaintiff's alleged special damages, as required by OCGA § 9-11-9(g).  (See Exhibit "A," a copy of all process,

pleadings, and orders served upon Defendants or filed with court the during the pendency of this matter in state court). Plaintiff's Amended Complaint states in relevant part: "As a result of the negligence of Defendants, Plaintiff incurred at least $         in past medical expenses."  (See id.). Similarly, the prayer for relief in Plaintiff's Amended Complaint states in relevant part: "That the Court award and enter a judgment in favor of Plaintiff and against Defendants for special damages in excess of $         as well as general damages for pain and suffering, and physical impairment Plaintiff suffered as a result of Defendants negligence, and in an amount to be determined by the enlightened conscience of an impartial jury;..." (See id.).

8.

On August 31, 2018, two weeks after filing her Amended Complaint, Plaintiff served Responses to Defendant Walmart Inc.'s Interrogatories, in which she disclosed alleged past medical special damages totaling $87, 862. (See Exhibit "B," Other papers supporting removal). In Response to Defendant Walmart Inc.'s Requests for Production, Plaintiff also produced medical records that included three reports of surgeries that are alleged to result from injuries sustained in the subject incident.  (See id.).

9.

Defendants timely file this Removal within 30 days of Defendant Walmart Inc.'s receipt of Plaintiff's Responses to Defendant Walmart Inc.'s Interrogatories and Requests for Production, as well as within 30 days of Plaintiff commencing the instant civil action against the original defendant, Walmart Inc.

10.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based upon complete diversity of citizenship between Plaintiff and all Defendants, and upon an amount in controversy which exceeds $75,000.

12.

Pursuant to 28 U.S.C. § 1446(a), Defendants have attached hereto as Exhibit "A" copies of all process, pleadings, and orders served upon Defendants or filed with court the during the pendency of this matter in the State Court of Gwinnett County, Georgia for the above-styled case.

13.

Written notice of the filing of this Notice of Removal will be given to all parties, as required by 28 U.S.C. § 1446.

14.

A true and correct copy of this Notice of Removal will be filed with the Clerk

of the Superior Court of Barrow County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendants Walmart Inc., Wal-Mart Stores East, LP, and Wal-

Mart Realty Company hereby remove the above-captioned lawsuit to the United

States District Court for the Northern District of Georgia, Gainesville Division.

McLAIN & MERRITT, P.C.

/s/ Howard M. Lessinger
Howard M. Lessinger
Georgia State Bar No. 447088

/s/ Dawn M. Rivera
Dawn M. Rivera
Georgia Bar No. 002535
Attorneys for Defendant
Wal-Mart Stores East, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA  30326-3240
404.266.9171
fax - 404.364.3138
hlessinger@mmatllaw.com
drivera@mmatllaw.com

The undersigned counsel certifies that the foregoing Notice has been prepared
with one of the font and point selections approved by the court in LR 5.1B.

/s/ Dawn M. Rivera

Dawn M. Rivera
Georgia Bar No. 002535

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on September 10, 2018, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

/s/ Dawn M. Rivera
Dawn M. Rivera
Georgia State Bar No. 002535
Attorneys for Defendants
Walmart Inc.
Wal-Mart Stores East, LP
Wal-Mart Realty Company

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
404.266.9171
fax - 404.364.3138
drivera@mmatllaw.com