UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DEBORAH ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., WAL-MART STORES, EAST, LP, WAL-MART REALTY COMPANY,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>2:18-cv-164-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Gainesville, Georgia, this the 16th day of January, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: s/Daniel Ross
    Deputy Clerk

Prepared, Filed, and
Entered in the Clerk's Office
January 16, 2020

James N. Hatten
Clerk of Court

By: s/Daniel Ross
    Deputy Clerk